# United States Court of Appeals
## For the First Circuit

_____

No. 99-1601

THE LARES GROUP, II; SHARON LARAMEE;
JOHN G. LARAMEE, INDIVIDUALLY AND AS GENERAL PARTNER,

Plaintiffs, Appellants,

v.

BENTLEY TOBIN, INDIVIDUALLY AND AS TRUSTEE OF
PINE STREET REALTY TRUST UNDER A DECLARATION OF
TRUST DATED JANUARY 8, 1988, AND AS THE GENERAL
PARTNER OF PINE STREET LIMITED PARTNERSHIP AND
INDIVIDUALLY; MATTHEW J. MARCELLO, III,
INDIVIDUALLY AND AS TRUSTEE OF PINE STREET REALTY
TRUST UNDER A DECLARATION OF TRUST DATED
JANUARY 8, 1988 AND AS THE GENERAL PARTNER OF
PINE STREET TRUST LIMITED PARTNERSHIP AND
INDIVIDUALLY; MICHAEL B. NULMAN, INDIVIDUALLY
AND AS TRUSTEE OF PINE STREET REALTY TRUST
UNDER A DECLARATION OF TRUST DATED JANUARY 8, 1988
AND AS THE GENERAL PARTNER OF PINE STREET TRUST
LIMITED AND PARTNERSHIP AND INDIVIDUALLY;
HINCKLEY, ALLEN & SNYDER, RHODE ISLAND LAW
PARTNERSHIP KNOWN AS HINCKLEY, ALLEN & SNYDER,
INDIVIDUALLY AND AS TRUSTEE OF PINE STREET REALTY
TRUST UNDER A DECLARATION OF TRUST DATED
JANUARY 8, 1988 AND AS THE GENERAL PARTNER OF PINE
STREET TRUST LIMITED PARTNERSHIP AND INDIVIDUALLY;
JOSEPH MOLLICONE, JR., INDIVIDUALLY AND AS TRUSTEE
OF PINE STREET REALTY TRUST UNDER A DECLARATION OF
TRUST DATED JANUARY 8, 1988 AND AS THE GENERAL
PARTNER OF PINE STREET TRUST LIMITED PARTNERSHIP
AND INDIVIDUALLY; JOSEPH DIBATTISTA, INDIVIDUALLY
AND AS TRUSTEE OF PINE STREET REALTY TRUST UNDER A
DECLARATION OF TRUST DATED JANUARY 8, 1988 AND AS
THE GENERAL PARTNER OF PINE STREET TRUST LIMITED
PARTNERSHIP AND INDIVIDUALLY; RODNEY M. BRUSINI;
EDWARD D. DIPRETE; HENRY W. FAZZANO;
ROBERT I. WEISBERG; EDWARD F. RICCI;
JOHN S. RENZA, SR.; JOHN J. KANE;

Defendants, Appellees,

_____

ERRATA SHEET

The opinion of this court issued on August 9, 2000 is amended as follows:

The cover page should read: "Mark G. Hamilton, with whom Evans J. Carter . . ."